UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

DENNIS DIMON, )
    Plaintiff )
)
vs. )
) **05-11073 REK**
MICHAEL B. LATTI, LATTI )
ASSOCIATES, LATTI & ANDERSON )
LLP, METROPOLITAN LIFE )
INSURANCE COMPANY, KEMPER )
INSURANCE COMPANY, and )
MORGAN STANLEY DW, INC., )
    Defendants )
)

### SEAMAN'S AFFIDAVIT

I, DAVID B. KAPLAN, Attorney for the plaintiff in the above-entitled action, on oath depose and state as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which states that:

> In all courts of the United States, seaman may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security there for.

Respectfully submitted
By his attorney

DATED: 5/23/05

/David B. Kaplan, Esq.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
BBO #258540