UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL B. LATTI, LATTI ASSOC.,<br>LATTI & ANDERSON LLP,<br>METROPOLITAN LIFE INSURANCE CO.,<br>KEMPER INSURANCE CO., and<br>MORGAN STANLEY DW, INC.,<br><br>      Defendants. | Civil Action No. 05-11073-REK |

## NOTICE OF APPEARANCE

Please enter my appearance for Morgan Stanley DW, Inc.

/s/ Sandra Sue McQuay
Sandra Sue McQuay, BBO# 340120
  smcquay@swmlawyers.com
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA  02116-3902
617-348-4300

Dated:   June 28, 2005