UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-11073 REK<br>)<br>MICHAEL B. LATTI, LATTI ASSOCIATES, )<br>LATTI & ANDERSON LLP, METROPOLITAN )<br>LIFE INSURANCE CO., KEMPER INSURANCE )<br>CO., and MORGAN STANLEY DW, INC. )<br>)<br>Defendants. )<br>) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter on behalf of Latti & Anderson LLP.

/s/John E. DeWick
John E. DeWick (BBO #654723)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: June 28, 2005