UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-11073 REK |
| | ) |
| MICHAEL B. LATTI, LATTI ASSOCIATES, | ) |
| LATTI & ANDERSON LLP, METROPOLITAN | ) |
| LIFE INSURANCE CO., KEMPER INSURANCE | ) |
| CO., and MORGAN STANLEY DW, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter on behalf of Latti & Anderson LLP.

/s/J. Owen Todd
J. Owen Todd (BBO #499480)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: June 28, 2005