AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

SUMMONS IN A CIVIL ACTION

Dennis Dimon

V.

Michael B. Latti, Latti Associates, Latti & Anderson LLP, Metropolitan Life Insurance Co., Kemper Insurance Co., and Morgan Stanley DW, Inc.

CASE NUMBER: 05-11078 NG

TO: (Name and Address of Defendant)

Morgan Stanley, DW, Inc.
1585 Broadway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David B. Kaplan
The KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

[signature]

BY DEPUTY CLERK

DATE MAY 23 2005

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: MAY 25, 2005 |
| NAME OF SERVER (PRINT): John Roberto | TITLE: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving "In-Hand" upon Gail Brown, Process Specialist CT Corp, Agent For Process For Morgan Stanley DW, Inc, 101 Federal St., Boston, MA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 25, 2005
_Date_

_Signature of Server_

92 State Street 7th Fl, Boston, MA 02109
_Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.