UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| DENNIS DIMON | : | |
| | : | |
| v. | : | C.A. No. 05-11073 |
| | : | |
| MICHAEL B. LATTI, | : | |
| LATTI ASSOCIATES, | : | |
| LATTI & ANDERSON LLP, | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| KEMPER INSURANCE COMPANY, and | : | |
| MORGAN STANLEY DW, INC. | : | |

## NOTICE OF APPEARANCE

Please take notice that Matthew C. Welnicki of the firm of Yurko & Salvesen, P.C. hereby appears on behalf Defendant Kemper Insurance Company and hereby requests that he be served with copies of all pleadings, papers, notices, and orders filed with or issued by any party or this Court.

Respectfully submitted,

s/Matthew C. Welnicki/

Matthew C. Welnicki (#647104)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Attorney for:  Kemper Insurance Company

Dated:  July 15, 2005

### Certificate of Service

I hereby certify that I caused a copy of the above document to be served on counsel of record via this Court's Electronic Filing System and by first-class mail this 15th day of July, 2005.

s/Matthew C. Welnicki/

- 2 -