AO.140 (Rev 1/90) Summons in a Civil Action

# United States District Court

——— DISTRICT OF ———

**SUMMONS IN A CIVIL ACTION**

Dennis Dimon

V.

Michael B. Latti, Latti Associates, Latti & Anderson LLP, Metropolitan Life Insurance Co., Kemper Insurance Co., and Morgan Stanley DW, Inc.

CASE NUMBER: 05 - 11073 REK

TO: (Name and Address of Defendant)
Michael B. Latti
30-31 Union Wharf
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
David B. Kaplan
The KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

MAY 2 3 2005

CLERK                                    DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  7-7-2005 @ 7:41 AM |
| NAME OF SERVER (PRINT)  ALAN E GOODMAN | TITLE  LICENSED PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 26 SURFPOINT ROAD, YORK, ME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/7/2005
Date

Signature of Server

Address of Server: P.O. Box 8479, Portland, ME 04104
92 State Street

Attempted to serve Michael Lutts, no longer with company per Donna Tempesta, Secretary Lutts Assoc.

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.