UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS DIMON                              :
                                          :
v.                                        :   C.A. No. 05-11073 REK
                                          :
MICHAEL B. LATTI,                         :
LATTI ASSOCIATES,                         :
LATTI & ANDERSON LLP,                     :
METROPOLITAN LIFE INSURANCE COMPANY,      :
KEMPER INSURANCE COMPANY, and             :
MORGAN STANLEY DW, INC.                   :

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin S. Murphy for the Defendant Kemper Insurance Company in the above matter.

Respectfully submitted,

KEMPER INSURANCE COMPANY

By its Attorneys:

_____
Kevin S. Murphy (BBO# 628335)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108-2603
(617) 723-7900

Dated: August 5, 2005