UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DENNIS DIMON,                       )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    ) Civil Action No. 05-11073 REK
                                    )
MICHAEL B. LATTI, LATTI ASSOCIATES, )
LATTI & ANDERSON LLP, METROPOLITAN  )
LIFE INSURANCE CO., KEMPER INSURANCE)
CO., and MORGAN STANLEY DW, INC.    )
                                    )
            Defendants.             )
_____ )

### NOTICE OF APPEARANCE

Please enter my appearance in the above matter on behalf of Latti Associates.

/s/J. Owen Todd
J. Owen Todd (BBO #499480)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: August 29, 2005