UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) Civil Action No. 05-11073 REK <br> ) |
| MICHAEL B. LATTI, LATTI ASSOCIATES, LATTI & ANDERSON LLP, METROPOLITAN LIFE INSURANCE CO., KEMPER INSURANCE CO., and MORGAN STANLEY DW, INC. | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter on behalf of Michael Latti.

/s/J. Owen Todd
J. Owen Todd (BBO #499480)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: August 29, 2005