UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 SEP 26  P 3: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DENNIS DIMON,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>)<br>)   C. A. No: 05-11073 REK |
| MICHALE B. LATTI, LATTI<br>ASSOCIATES, LATTI & ANDERSON<br>LLP, METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY AND<br>MORGAN STANLEY DW, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO CONTINUE THE SCHEDULING CONFERENCE

Metropolitan Life Insurance Company ("MetLife") requests a continuance of the Scheduling Conference, which is presently scheduled for October 5, 2005, at 2:00 p.m. MetLife has made no other requests to continue this Scheduling Conference. MetLife requests the Court reschedule the Scheduling Conference for a date after November 7, 2005, on the basis that it was not properly notified of the Scheduling Conference due to a filing mishap at the Court Clerk's office.

As grounds for this Motion, MetLife states that its Answer was filed on August 8, 2005, but not docketed until September 13, 2005. As a result, MetLife has yet to receive the Notice from the Court of the Scheduling Conference and only discovered that the date was not set when it received a letter from opposing counsel. By the time MetLife's

counsel was aware of the Scheduling Conference some of the L.R.16.1 deadlines already had passed.

It should be noted that counsel for the following parties do not oppose allowing the Motion to Continue: Michael Latti, Latti Associates, Latti and Anderson, LLP, and Kemper Insurance Company.

          METROPOLITAN LIFE INSURANCE
          COMPANY

          By Its Authorized Representative,

          _____
          James J. Ciapciak (BBO # 552328)
          CIAPCIAK & ASSOCIATES, P.C.
          99 Access Road
          Norwood, MA 02062
          Tel: (781) 255-7401
          Fax: (781) 255-7402

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon Counsel of Record on September 23, 2005.

_____
James J. Ciapciak

### LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I hereby certify that on September 21, 2004, we conferred with opposing counsel in an attempt to narrow the issues presented by this Motion. See attached letter to counsel dated September 21, 2005.

_____
James J. Ciapciak

**CIAPCIAK
&
ASSOCIATES, P. C.**

ATTORNEYS AT LAW

99 Access Road
Norwood, MA 02062
Tel (781) 255-7401
Fax (781) 255-7402

BOSTON, MA OFFICE
(617) 951-2727

RHODE ISLAND OFFICE
(401) 996-7401

September 21, 2005

**VIA FACSIMILE**

J. Owen Todd, Esquire
John E. DeWick, Esquire
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109

Timothy J. Driscoll, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

Sandra Sue McQuay, Esquire
Andrea C. Kramer, Esquire
Sullivan, Weinstein & McQuay LLP
2 Park Plaza, Suite 610
Boston, MA 02116

Matthew C. Welnicki, Esquire
Kevin S. Murphy, Esquire
Yurko & Perry, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108

David B. Kaplan, Esquire
The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA 02210

**Re: Dennis Dimon v. Michael B. Latti, Latti Associates, Latti &
Anderson LLP, Metropolitan Life Insurance Co., Kemper Insurance
and Morgan Stanley DW, Inc.
USDC Dist. Mass.
Civil Action No:  05 11073 REK**

Dear Counselors:

Due to a filing mishap at the Court Clerk's offices, MetLife's Answer, which was filed and served on each of you by mail on August 8, 2005, was not docketed until September 13, 2005. Consequently, we did not receive official notice of the October 5, 2005, Scheduling Conference. We were not aware of this Conference until we received Mr. Kaplan's September 9, 2005 letter late last week.

Pursuant to Local Rule 16.1, we were to confer 30 days prior to the Conference regarding preparation of an agenda for the Scheduling Conference, a proposed PreTrial schedule including discovery plan and consideration of whether we will consent to trial by a magistrate judge.

In light of our not having received the Scheduling Order until today, we propose that all parties assent to a Joint Motion to Continue the Scheduling Conference. If all parties assent, we will prepare and file a Joint Motion to Continue the Scheduling Conference. The Joint Motion will propose that the Conference be rescheduled to a date on or after November 7, 2005. Please advise as soon as you are able if you agree to our filing this Joint Motion.

Very truly yours,

James J. Ciapciak