UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 28  P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DENNIS DIMON,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| MICHALE B. LATTI, LATTI<br>ASSOCIATES, LATTI & ANDERSON<br>LLP, METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY AND<br>MORGAN STANLEY DW, INC.,<br>    Defendants. | C. A. No: 05-11073 REK |

**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Federal Rule of Civil Procedure, Rule 16.1(D)(3), the undersigned hereby certify that Metropolitan Life Insurance Company has conferred with its counsel in this matter:

    a)    with a view to establishing a budget for the costs of conducting the full course of litigation; and

    b)    to consider the resolution of the litigation through the use of alternative dispute

resolution.

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>By Its Authorized Representative,<br><br>*Ali Pautuk* (signature) | COUNSEL OF RECORD,<br><br>*(signature)*<br>James J. Ciapciak (BBO # 552328)<br>CIAPCIAK & ASSOCIATES, P.C.<br>99 Access Road<br>Norwood, MA 02062<br>Tel: (781) 255-7401<br>Fax: (781) 255-7402 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on October 24, 2005.

*(signature)*
James J. Ciapciak