UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11073 REK

|  |  |
|---|---|
| DENNIS DIMON, <br>     Plaintiff <br><br> vs. <br><br> MICHAEL B. LATTI, LATTI ASSOCIATES, LATTI & ANDERSON LLP, METROPOLITAN LIFE INSURANCE COMPANY, KEMPER INSURANCE COMPANY, and MORGAN STANLEY DW, INC., <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATEMENT

The parties in the above captioned action submit the following Joint Statement in accordance with the Notice of Scheduling Conference and pursuant to the provisions of Fed. R. Civ. 16(b) and Local Rule 16.1. All parties are to provide initial disclosures within 10 days after the Rule 16.1 scheduling conference.

I. Obligation of Counsel to Confer

Counsels for the parties have conferred in accordance with the provisions of Local Rule 16.1(B). Discovery is proceeding in accordance with Local Rule 26 and a proposed joint discovery plan is contained below.

II. Settlement Proposals

The plaintiff has presented a written settlement proposal to the defendant in compliance with Local Rule 16.1. Defense counsel shall confer with an authorized representative of their

client on the subject of settlement and shall be prepared to respond to the proposal at the scheduling conference.

III.   Proposed Discovery Plan

The above-entitled action was filed with this Court on or about May 23, 2005.  Pursuant to Rule 16(b) of the Fed. R. Civ. P. and Local Rule 16.1(F) the parties propose the following:

1. All amendments and/or supplements to the pleadings to be filed by December 1, 2005 reserving the right to amend and/or supplement if new evidence is introduced as result of discovery.

2. All non-expert discovery shall be completed by May 15, 2006.

3. Plaintiff shall designate trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(b) by June 15, 2006.

4. Defendants shall designate trial experts and shall disclose the information contemplated by Fed. R. Civ. P. 26(a)(2)(b) by August 1, 2006.

5. All expert depositions to be completed by September 15, 2006.

6. All dispositive motions, and/or motions for summary judgment, are to be filed by November 15, 2006.

7. All oppositions to dispositive motions, and/or motions for summary judgment, are to be filed by December 15, 2005.

8. A final pretrial conference will be held on or about January 15, 2007 or as the court's calendar permits or unless dispositive motions remain pending at that time.

IV.  Trial by Magistrate Judge

The plaintiff, Dennis Dimon; defendant, Michael B. Latti, Latti Associates, Latti & Anderson, LLP; defendant, Kemper Insurance Company; and defendant, Morgan Stanley DW, Inc., reserve decision as to trial by magistrate judge until after discovery.

The defendant, Metropolitan Life Insurance Company does not agree to trial by magistrate judge.

VI.  Certifications

The parties certify that counsel and their clients have conferred with a view to establish a budget for litigation and alternative dispute resolution.  The certifications will be filed under separate cover.

Respectfully submitted                                  Respectfully submitted for the defendant,
for the plaintiff,                                      Michael B. Latti, Latti Associates, Latti &
                                                        Anderson, LLP,


/s/ David B. Kaplan_____          /s/ J. Owen Todd_____
DAVID B. KAPLAN #258540                J. OWEN TODD #499480
BRIAN KEANE #656717                    JOHN DEWICK #654723
The Kaplan/Bond Group                  Todd & Weld, LLP
88 Black Falcon Avenue                 28 State Street
Suite 301                              31st Floor
Boston, MA  02210                      Boston, MA 02109
(617) 261-0080                         (617) 720-2626

| | |
|---|---|
| Respectfully submitted<br>for the defendant, Morgan Stanley DW, Inc., | Respectfully submitted<br>for the defendant, Kemper Insurance Company, |
| /s/ Sandra McQuay_____<br>SANDRA MCQUAY #340120<br>Sullivan Weinstein & McQuay, P.C.<br>Two Park Plaza, Suite 60<br>Boston, MA 02116<br>(617) 348-4300 | /s/ Matthew C. Welnicki_____<br>MATTHEW C. WELNICKI #647104<br>Yurko & Salvesen, P.C.<br>One Washington Mall<br>11th Floor<br>Boston, MA 02108<br>(617) 723-6900 |

Respectfully submitted
for the defendant, Metropolitan Life Insurance Company,


/s/ James J. Ciapciak_____
JAMES J. CIAPCIAK #552328
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401


Dated: November 2, 2005