UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, </br></br>  Plaintiff, </br></br> v. </br></br> MICHAEL B. LATTI, LATTI ASSOCIATES, </br> LATTI & ANDERSON LLP, METROPOLITAN </br> LIFE INSURANCE CO., KEMPER INSURANCE </br> CO., and MORGAN STANLEY DW, INC. </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-11073 REK </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANTS MICHAEL B. LATTI, LATTI ASSOCIATES, AND LATTI & ANDERSON LLP'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), the undersigned hereby certify that defendants Michael B. Latti, Latti Associates, and Latti & Anderson LLP have conferred with their counsel in this matter:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

MICHAEL B. LATTI, LATTI ASSOCIATES, LATTI & ANDERSON LLP

By their authorized representative,

*[signature]*

COUNSEL OF RECORD,

*[signature]*

J. Owen Todd (BBO #499480)
John E. DeWick (BBO #654723)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: 11/3/05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/3/05

*[signature]* DeWick

2