UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DENNIS DIMON

    Plaintiff,

vs.

MICHAEL B. LATTI, LATTI ASSOC.,
LATTI & ANDERSON LLP,
METROPOLITAN LIFE INSURANCE CO.,
KEMPER INSURANCE CO., and
MORGAN STANLEY DW, INC.,

    Defendants.

Civil Action No. 05-11073-REK

## DEFENDANT MORGAN STANLEY DW, INC.'S
## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Federal Rule of Civil Procedure, Rule 16.1(D)(3), the undersigned hereby certify that Morgan Stanley DW, Inc. has conferred with its counsel in this matter:

a)     with a view to establishing a budget for the costs of conducting the full course of litigation; and

b)     to consider the resolution of the litigation through the use of alternative dispute resolution.

MORGAN STANLEY DW, INC.,

By its Authorized Representative,

_____

COUNSEL OF RECORD,

_____
Sandra Sue McQuay, BBO# 340120
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300