11/08/2005 10:32 IFAX Fax_Center@dbr.com → Fax Center ☐002/002
11/08/2005 10:32 KEMPER 3121590827 NO.871 P002
Case 1:05-cv-11073-NG   Document 31   Filed 11/08/2005   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

DENNIS DIMON :
:
:
v. : C.A. No. 05-11073
:
MICHAEL B. LATTI, LATTI :
ASSOCIATES, LATTI & ANDERSON :
LLP, METROPOLITAN LIFE :
INSURANCE COMPANY, KEMPER :
INSURANCE COMPANY, and :
MORGAN STANLEY DW, INC. :

## CERTIFICATION OF DEFENDANT KEMPER INSURANCE COMPANY
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) for the U.S. District Court for the District of Massachusetts, the undersigned hereby certify that Kemper Insurance Company has conferred with its counsel in this action, regarding:

(1) the scheduling of litigation with a view to establish a time frame and a budget for the litigation; and

(2) the consideration of the use of alternative dispute resolution programs.

KEMPER INSURANCE COMPANY                COUNSEL OF RECORD

_William Mensie_ (signature)            _Timothy J. O'Driscoll_ (signature)
William Mensie                          Timothy J. O'Driscoll (*Pro hac vice*)
                                        DRINKER BIDDLE & REATH LLP
                                        One Logan Square, 18th & Cherry Streets
                                        Philadelphia, PA 19103-6996
                                        (215) 988-2700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by mail upon Counsel of Record, this _8th_ day of Novembers, 2005.

_Timothy J. O'Driscoll_ (signature)
Timothy J. O'Driscoll