UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11073 REK

_____
)
DENNIS DIMON,                       )
    Plaintiff                       )
                                    )
vs.                                 )
                                    )
MICHAEL B. LATTI, LATTI             )
ASSOCIATES, LATTI & ANDERSON        )
LLP, METROPOLITAN LIFE              )
INSURANCE COMPANY, KEMPER           )
INSURANCE COMPANY, and              )
MORGAN STANLEY DW, INC.,            )
    Defendants                      )
_____)

**NOTICE OF APPEARANCE**

    Please enter my appearance on behalf of the Plaintiff, Dennis Dimon, in the above-entitled action.

                                 Respectfully submitted
                                 DENNIS DIMON,
                                 by his attorney,


                                 /s/_____
                                 BRIAN KEANE
                                 B.B.O. #656717
                                 THE KAPLAN/BOND GROUP
                                 88 Black Falcon Avenue, Suite 301
                                 Boston, MA  02210
                                 (617) 261-0080


DATED: November 8, 2005