# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>METROPOLITAN LIFE )<br>INSURANCE COMPANY, KEMPER )<br>INSURANCE COMPANY, )<br>MORGAN STANLEY DW, INC., )<br>MICHAEL B. LATTI, LATTI )<br>ASSOCIATES, and LATTI & )<br>ANDERSON LLP, )<br>)<br>Defendants. ) | C. A. No: 05-11073 REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter LeBlanc, Esquire, and the law firm of Ciapciak & Associates, P.C., as counsel for Metropolitan Life Insurance Company in the above-referenced action.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,
By Its Attorneys,

/s/ Peter LeBlanc
James J. Ciapciak (BBO # 552328)
Peter LeBlanc (BBO # 645305)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on May 12, 2006.

                                                   /s/ Peter LeBlanc
                                                   Peter LeBlanc