UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS DIMON | : | |
| | : | |
| v. | : | C.A. No. 05-11073 |
| | : | |
| MICHAEL B. LATTI, | : | |
| LATTI ASSOCIATES, | : | |
| LATTI & ANDERSON LLP, | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| KEMPER INSURANCE COMPANY, and | : | |
| MORGAN STANLEY DW, INC. | : | |

**UNOPPOSED MOTION TO ADMIT KEVIN L. GOLDEN, ESQ. *PRO HAC VICE***

I, Kevin S. Murphy, pursuant to Local Rule 83.5.3 move that Kevin L. Golden, Esq. be admitted as a member of the bar of this Court *pro hac vice* for the purpose of representing Kemper Insurance Company in this action. In support of this Unopposed Motion, I have attached hereto the Certification of Kevin L. Golden, Esq. certifying that (1) he is a member of the bar in good standing of every jurisdiction where he has been admitted to practice, (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (3) that he is familiar with the Rules of this Court as well as the Massachusetts Rules of Professional Conduct. I have submitted the filing fee associated with this motion under separate cover to the Office of Clerk.

WHEREFORE, I respectfully request that this Court admit Kevin L. Golden of the law firm, Drinker Biddle & Reath LLP, *pro hac vice*.

Respectfully Submitted,

/s/Kevin S. Murphy
Kevin S. Murphy (BBO# 638335)
YURKO SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Timothy J. O'Driscoll (*Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

Attorneys for Defendant,
Kemper Insurance Company

Certification Pursuant To Local Rule 7.1

The above-signed certifies that he has been informed by Kevin Golden, co-counsel for Kemper Insurance Company, that the parties have conferred in good faith in attempts to resolve the issues raised herein. Such conferences were held between Kevin Golden and counsel for the other parties herein, and counsel did not oppose this motion.

Dated: July 7, 2006

## Certificate of Service

  I hereby certify that I caused a copy of the above document to be served on counsel record via this Court's Electronic Filing System on this 7th day of July, 2006 and by first-class mail the 10th day of July, 2006.

                /s/Kevin S. Murphy_____
                Kevin S. Murphy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| DENNIS DIMON : <br> : <br> v. : C.A. No. 05-11073 <br> : <br> MICHAEL B. LATTI, : <br> LATTI ASSOCIATES, : <br> LATTI & ANDERSON LLP, : <br> METROPOLITAN LIFE INSURANCE COMPANY, : <br> KEMPER INSURANCE COMPANY, and : <br> MORGAN STANLEY DW, INC. : | |

## CERTIFICATION OF KEVIN L. GOLDEN, ESQ.

I, Kevin L. Golden, Esq., hereby certify and state as follows:

1. I submit this Certification in support of Kevin S. Murphy's Unoppsed Motion To Admit Kevin L. Golden, Esq. *Pro Hac Vice.*

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I have received a copy of, and I am now familiar with and will faithfully abide by, the Local Rules of the United States District Court for the District of Massachusetts as well as the Massachusetts Rules of Professional Conduct.

5. I represent Kemper Insurance Company in an action filed in the Federal District Court for the District of Massachusetts, titled *Dennis Dimon v. Micahel B. Latti, et al.*, Civ. No. 05-11073. I am now seeking admission *pro hac vice* so that I may represent Kemper Insurance Company in connection with this matter.

Signed under the penalties of perjury this 6 day of July, 2006.

_____
Kevin L. Golden

Sworn to and subscribed before me
this 6th day of July, 2006.

_____

NOTARIAL SEAL
LAURA M. McNEELY, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 3, 2007