UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11073 WGY

DENNIS DIMON, )
       Plaintiff )
)
vs. )
)
METROPOLITAN LIFE )
INSURANCE COMPANY, KEMPER )
INSURANCE COMPANY, )
MORGAN STANLEY DW, INC., and )
MICHAEL B. LATTI, LATTI )
ASSOCIATES, LATTI & ANDERSON )
LLP, )
       Defendants )

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(a)(2), the Plaintiff discloses the following expert witness who may be called upon to testify at trial on his behalf:

1.    Ron Sullivan
      Ron Sullivan Associates, Inc.
      76 Carroll Drive
      Foxboro, Massachusetts 02035

With respect to the proposed expert testimony of Ron Sullivan, a signed report, Curriculum Vitae and a fee schedule shall be seasonably supplemented. Mr. Sullivan has not testified as an expert at trial or by deposition within the past four years.

2

Respectfully submitted,
For the plaintiff,
By his attorneys,


/s/ David B. Kaplan, Esq._____
DAVID B. KAPLAN
BBO #258540
BRIAN KEANE
BBO #656717
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080


Dated: July 14, 2006