UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11073 WGY

DENNIS DIMON, )
    Plaintiff )
  )
vs. )
  )
METROPOLITAN LIFE )
INSURANCE COMPANY, KEMPER )
INSURANCE COMPANY, )
MORGAN STANLEY DW, INC., and )
MICHAEL B. LATTI, LATTI )
ASSOCIATES, LATTI & ANDERSON )
LLP, )
    Defendants )

**PLAINTIFF, DENNIS DIMON'S MOTION TO EXTEND PERIOD OF TIME TO RESPOND TO DEFENDANTS MICHAEL B. LATTI, LATTI ASSOCIATES, LATTI & ANDERSON LLP MOTION TO COMPEL EXPERT REPORT**

The plaintiff requests an additional fourteen days (14) to oppose the Latti defendants Motion to Compel plaintiff's expert report. As reasons therefor, the plaintiff states as follows:

1. The Latti Defendants filed a Motion to Compel Plaintiff to disclose its expert report in the above matter.

2. Plaintiff has been waiting to conduct all depositions in this matter prior to his expert filing his preliminary report.

3. The one remaining deposition, that of Kemper Insurance Company, (Kemper) is scheduled for September 7, 2006. The deposition of Kemper has been rescheduled several times at the request of Kemper.

4. Kemper informed all parties that it uncovered additional documents which will be helpful in the present litigation. Kemper has informed the parties that the additional documents are approximately an inch thick.

5. It is important for plaintiff's Expert to review these additional documents to form an accurate opinion.

6. Plaintiff's counsel has contacted counsel for the Latti defendants. Counsel for the Latti defendants does not oppose this motion.

WHEREFORE, plaintiff respectfully request an additional fourteen days (14) to respond to the Latti defendants Motion to Compel Plaintiff's Expert Report. During this period of time, the plaintiff will have the opportunity to review the documents which will be produced by Kemper and to take the deposition of the Kemper representative.

Respectfully submitted
by the plaintiff,


/s/ Brian Keane
DAVID B. KAPLAN #258540
BRIAN KEANE #656717
The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA  02210
(617) 261-0080

Dated:  August 31, 2006