# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON,           )<br>     Plaintiff           )<br>                             )<br>VS.                            )<br>                             )<br>MICHALE B. LATTI, LATTI           )<br>ASSOCIATES, LATTI & ANDERSON    )<br>LLP, METROPOLITAN LIFE           )<br>INSURANCE COMPANY, KEMPER        )<br>INSURANCE COMPANY AND            )<br>MORGAN STANLEY DW, INC.,         )<br>     Defendants.          ) | C. A. No:  05-11073 REK |

### ASSENTED-TO MOTION TO EXTEND THE TIME FOR KEMPER INSURANCE COMPANY TO FILE ANSWER TO METROPOLITAN LIFE INSURANCE COMPANY'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

Defendant Metropolitan Life Insurance Company ("MetLife") and Defendant Kemper Insurance Company, ("Kemper") respectfully request that the Court allow Kemper an extension until Tuesday, October 31, 2006, to file its Answer to MetLife's Motion to Compel Responses to Discovery Requests.

Dated:  October 27, 2006

| KEMPER INSURANCE COMPANY,<br>By Its Authorized Representative, | METROPOLITAN LIFE INSURANCE COMPANY<br>By Its Authorized Representative, |
|---|---|
| _____/s/_ Timothy J.O'Driscoll_____<br>Timothy J. O'Driscoll, Esquire<br>*Admitted pro hac vice*<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA  19103 | _____/s/ James J. Ciapciak_____<br>James J. Ciapciak (BBO # 552328)<br>CIAPCIAK & ASSOCIATES, P.C.<br>99 Access Road<br>Norwood, MA 02062 |