UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DIMON

                                                               CIVIL ACTION
                                                               NO.05-11073-WGY

   V

METROPOLITAN LIFE INSURANCE COMPANY, ET AL


ORDER OF RECUSAL

YOUNG, D.J.

    The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.


                                WILLIAM G. YOUNG
                                UNITED STATES DISTRICT JUDGE


                                By the Court,

                                /s/ Elizabeth Smith
                                        Deputy Clerk