

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

MATTHEW C. WELNICI
welnici@srbc.com

November 6, 2006

Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Dennis Dimon v. Michael B. Latti, Latti Associates, et als.*
      USDC Docket No. 05-11073

Dear Sir or Madam:

Enclosed for filing is a Notice of Withdrawal of the undersigned counsel for Kemper Insurance Company. Thank you for your attention to this matter.

Very truly yours,

Matthew C. Welnici

MCW/emj
Enclosure

cc:   James J. Ciapciak, Esquire
      Peter M. LeBlanc, Esquire
      Owen J. Todd, Esquire
      John E. DeWick, Esquire
      Andrea C. Kramer, Esquire
      Sandra S. McQuay, Esquire
      Kevin S. Murphy, Esquire
      David B. Kaplan, Esquire
      Brian Keane, Esquire

*384223*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| DENNIS DIMON | : |
| | : |
| v. | :     C.A. No. 05-11073 |
| | : |
| MICHAEL B. LATTI, | : |
| LATTI ASSOCIATES, | : |
| LATTI & ANDERSON LLP, | : |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| KEMPER INSURANCE COMPANY, and | : |
| MORGAN STANLEY DW, INC. | : |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Matthew C. Welnicki on behalf of Kemper Insurance Company ("Kemper"). Kemper will continue to be represented by its other counsel of record.

Respectfully submitted,

_____
Matthew C. Welnicki - BBO No. 647104
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

DATED: November 6, 2006

## CERTIFICATE OF SERVICE

I, Matthew C. Welnicki, hereby certify that on the above date I served the within document by faxing and mailing a copy of same, postage prepaid, to the following counsel of record:

James J. Ciapciak, Esquire
Peter M. LeBlanc, Esquire
Ciapciak & Associates
99 Access Road
Norwood, MA 02062

Owen J. Todd, Esquire
John E. DeWick, Esquire
Todd & Weld LLP
28 State Street
Boston, MA 02109

Andrea C. Kramer, Esquire
Sandra S. McQuay, Esquire
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902

Kevin S. Murphy, Esquire
Yurko, Salvesen & Renz, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108

David B. Kaplan, Esquire
Brian Keane, Esquire
Kaplan Bond Group
88 Black Falcon Avenue
Boston, MA 02210

_____
Matthew C. Welnicki

*384076*