UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS DIMON | : | |
| | : | |
| v. | : | C.A. No. 05-11073 MEL |
| | : | |
| MICHAEL B. LATTI, | : | |
| LATTI ASSOCIATES, | : | |
| LATTI & ANDERSON LLP, | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| KEMPER INSURANCE COMPANY, and | : | |
| MORGAN STANLEY DW, INC. | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Anthony B. Fioravanti for the Defendant Kemper Insurance Company in the above matter.

Respectfully submitted,

KEMPER INSURANCE COMPANY

By its Attorneys:

/s/ Anthony B. Fioravanti
_____
Kevin S. Murphy (BBO# 638335)
Anthony B. Fioravanti (BBO# 662843)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-7900

Dated:  December 11, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 11, 2006.

                                            /s/ Anthony B. Fioravanti