UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON,<br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY,<br>MORGAN STANLEY DW, INC., and<br>MICHAEL B. LATTI, LATTI<br>ASSOCIATES, LATTI & ANDERSON<br>LLP,<br>     Defendants. | CIVIL ACTION NO. 05-11073 MEL |

**PLAINTIFF, DENNIS DIMON'S, MOTION FOR LEAVE TO EXTEND THE TWENTY PAGE LIMIT SET FORTH BY LOCAL RULE 7.1(B)(4)**

Plaintiff, Dennis Dimon, respectfully requests leave of court to exceed the twenty page limit set forth in LR 7.1(B)(4). As reasons therefore, Dimon states that the leave requested would allow him to file a single motion totaling twenty-eight pages against all three Defendants in lieu of three separate motions totaling sixty pages and otherwise unnecessary redundancies.

Allowance of this motion is in the best interest of the court, the parties and the communal goal of judicial economy.


Respectfully submitted,


 /s/Brian Keane_____
DAVID B. KAPLAN, B.B.O. No. 258540
BRIAN KEANE, B.B.O. No. 656717
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

1

(617) 261-0080