UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS DIMON,
        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
CO., KEMPER INSURANCE CO., MORGAN
STANLEY DW, INC., MICHAEL B. LATTI,
LATTI ASSOC., and LATTI & ANDERSON,
LLP,
        Defendants.

CIVIL ACTION NO.
05-11073-MEL

ORDER

January 3, 2007

LASKER, D.J.

        The parties hereto having jointly moved for entry of order of dismissal with prejudice as to defendant Morgan Stanley DW, Inc., the motion is granted and the case is dismissed as to Morgan Stanley DW, Inc.

        It is so ORDERED.

                                          /s/ Morris E. Lasker
                                          Morris E. Lasker
                                          United States District Judge