UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DENNIS DIMON,<br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY,<br>MORGAN STANLEY DW, INC., and<br>MICHAEL B. LATTI, LATTI<br>ASSOCIATES, LATTI & ANDERSON<br>LLP,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-11073 MEL |

**JOINT MOTION TO EXTEND PRETRIAL AND TRIAL DATES**

Now come the parties and respectfully request that this court extend the Pre-trial and Trial dates in the above matter. As reasons therefor, the parties' state as follows:

1. The Pre-trial in this matter is currently scheduled for March 29, 2007;

2. The Trial in this matter is currently scheduled for April 2, 2007;

3. The parties in this matter are scheduled to argue Summary Judgments in this matter on March 29, 2007;

4. The Summary Judgment hearing has been continued approximately nine weeks because of scheduling issues of the parties and of the Court; and

5. The parties request that the Pre-trial be rescheduled to the beginning of June with the trial to follow.

WHEREFORE, the parties respectfully request that this court allow the short continuance of the Pre-trial and trial in this matter.

| | |
|---|---|
| Respectfully submitted<br>for the plaintiff, | Respectfully submitted for the defendant,<br>Michael B. Latti, Latti Associates, Latti &<br>Anderson, LLP, |
| /s/ Brian Keane<br>DAVID B. KAPLAN #258540<br>BRIAN KEANE #656717<br>The Kaplan/Bond Group<br>88 Black Falcon Avenue<br>Suite 301<br>Boston, MA  02210<br>(617) 261-0080 | /s/ John DeWick<br>J. OWEN TODD #499480<br>JOHN DEWICK #654723<br>Todd & Weld, LLP<br>28 State Street<br>31st Floor<br>Boston, MA 02109<br>(617) 720-2626 |
| Respectfully submitted<br>for the defendant, Metropolitan Life<br>Company,<br>Insurance Company, | Respectfully submitted<br>for the defendant, Kemper Insurance |
| /s/James Ciapciak<br>JAMES J. CIAPCIAK #552328<br>Ciapciak & Associates, P.C.<br>99 Access Road<br>Norwood, MA 02062<br>(781) 255-7401 | /s/Timothy O'Driscoll<br>TIMOTHY J. O'DRISCOLL #<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>(215) 988-2865 |

February 22, 2007