UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON, </br></br>  Plaintiff, </br></br> v. </br></br> METROPOLITAN LIFE INSURANCE CO., KEMPER INSURANCE CO., MICHAEL B. LATTI, LATTI ASSOCIATES, and LATTI & ANDERSON LLP. </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-11073 MEL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### JOINT MOTION TO CONTINUE TRIAL DATE

The parties hereby jointly move to continue the trial of this matter from June 11, 2007 to July 9, 2007. The parties have conferred with the Court, and July 9th is an acceptable trial date. The parties also jointly move to reschedule the pre-trial conference accordingly.

Respectfully submitted by all parties,

| | |
|---|---|
| MICHAEL B. LATTI,<br>LATTI ASSOCIATES, and<br>LATTI & ANDERSON LLP, | DENNIS DIMON |
| By their attorneys, | By his attorneys, |
| /s/ John E.DeWick<br>J. Owen Todd (BBO #499480)<br>John E. DeWick (BBO #654723)<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626 | /s/ Brian Keane<br>David B. Kaplan (BBO #258540)<br>Brian Keane (BBO #656717)<br>The Kaplan/Bond Group<br>88 Black Falcon Avenue<br>Suite 301<br>Boston, MA 02210<br>(617) 261-0080 |
| METROPOLITAN LIFE<br>INSURANCE COMPANY | KEMPER INSURANCE COMPANY |
| By its attorneys, | By its attorney, |
| /s/ Peter M. LeBlanc<br>James J. Ciapciak, (BBO #552328)<br>Peter M. LeBlanc, (BBO #645302)<br>Ciapciak & Associates, P.C.<br>99 Access Road<br>Norwood, MA 02109<br>(781) 255-7401 | /s/ Timothy O'Driscoll<br>Timothy O'Driscoll<br>*Admitted Pro Hac Vice*<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |