UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS DIMON,
      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al,
      Defendants.

CIVIL ACTION
NO. 05-CV-11073-MEL

ORDER

April 3, 2007

LASKER, D.J.

      The capable argument of counsel for the plaintiff and each of the defendants on the pending motions for summary judgment filed by each party makes it plain that there are considerable strengths to the position of each party to this somewhat unusual case.

      I am gratified to know that the parties have agreed to attempt to participate in Alternative Dispute Resolution. In my opinion, the posture of the case is such as to justify an attempt to mediate. Accordingly, I am referring the matter to Magistrate Judge Leo Sorokin to meet with the parties for the purpose of

mediating their differences.

Actions on the motions for summary judgment will be held in abeyance pending the outcome of the mediation.

_____
Morris E. Lasker
United States District Judge