UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| DENNIS DIMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-11073 MEL |
| | ) | |
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| KEMPER INSURANCE CO., MORGAN | ) | |
| STANLEY DW, INC., MICHAEL B. LATTI, | ) | |
| LATTI ASSOCIATES, and LATTI & ANDERSON | ) | |
| LLP, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

## RULE 26(a)(3) DISCLOSURES OF MICHAEL B. LATTI, LATTI ASSOCIATES, and LATTI & ANDERSON LLP

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the defendants Michael B. Latti,

Latti Associates, and Latti & Anderson LLP (collectively "Latti Associates") make the following

pretrial disclosures:

(A).    WITNESSES EXPECTED TO BE PRESENTED:

Michael B. Latti
26 Surfpoint Road
York, ME 03909

Dennis Dimon
151 Holly Ridge Road
W. Kingston, RI 02892

POTENTIAL WITNESSES SHOULD THE NEED ARISE:

Carolyn Latti
Latti & Anderson LLP

30-31 Union Wharf
Boston, MA 02109

Roger Hughes
Hughes & Associates
46 Accord Park Drive
Norwell, MA 02061
(781) 681-5100

Leonard Decof
One Smith Hill
Providence, RI 02903
(401) 272-1110

Katherine Dimon
151 Holly Ridge Road
W. Kingston, RI 02892

Barbara Fasman
200 Park Avenue
New York, NY 10166-0188

William M. Mensie
1 Kemper Drive K-8
Long Grove, IL 60049-0001

Gayle S. Christen
9515 East 59th Street Suite A
Indianapolis, IN 46216
(317) 541-9388

Further, Latti Associates reserves the right to call any witness listing by any other party in its pre-trial disclosure.

(B).    Latti Associates does not anticipate presenting testimony by means of deposition at this time.

(C).    EXPECTED EXHIBITS:

1.    A copy of the General Release Agreement executed by Dennis Dimon on April 19, 1983.

2.    A copy of the transcript of proceedings held on May 3, 1983 before the Honorable Judge Raymond J. Pettine, in the United States District Court for the District of Rhode Island in the matter of Dennis J. Dimon v. Jenny C., Inc.

3.    A copy of the September 24, 1999 letter from Theresa Thorp to Dennis Dimon.

4.    A copy of a Single Premium Deferred Annuity; issued on or about June 17, 1983, by Charter Security Life.

MICHAEL B. LATTI, LATTI ASSOCIATES, and LATTI & ANDERSON LLP,

By their attorneys,

/s/ John E. DeWick
J. Owen Todd (BBO #499480)
John E. (Jed) DeWick (BBO #654723)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing was filed via the CM/ECF filing system of the United States District Court for the District of Massachusetts and will be served electronically upon all counsel of record on June 6, 2007.

/s/ John E. DeWick