UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS DIMON | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-11073 -MEL |
| v. | ) | |
| | ) | |
| MICHAEL LATTI, et al. | ) | |
| Defendant | ) | |

## ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated  June 13, 2007                    /s/ George H. Howarth
Boston, Massachusetts                   Deputy Clerk