# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DENNIS DIMON,** | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) ) | C. A. No: 05-11073-NG |
| **METROPOLITAN LIFE INSURANCE COMPANY, KEMPER INSURANCE COMPANY, MICHAEL B. LATTI, LATTI ASSOCIATES, and LATTI & ANDERSON LLP,** | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ASSENTED TO MOTION TO EXTEND BY 48 HOURS

On November 27, 2007, this Court Ordered that "MetLife may file a sur-reply to Kemper's Supplemental Brief" by December 10, 2007. MetLife has prepared a sur-reply and intended to file that document today. However, Attorney Peter LeBlanc, who has principally worked on this case over the past two years, had a baby early last week and since then has been out of the office due to complications with his new born son. Mr. LeBlanc is expected to be in the office tomorrow. In the interest of justice and all parties involved, MetLife respectfully requests that this Court Allow a two day extension of time

within which it may file the sur-reply brief.

The following parties have assented to this motion.

| | |
|---|---|
| Respectfully submitted, | Assented to, |
| For the Defendant, | For the Defendant, |
| Metropolitan Life Insurance Co. | Kemper Insurance Company |
| | |
| _____/s/ James J. Ciapciak_ | ___/s/ Timothy J. O'Driscoll___ |
| James J. Ciapciak #552328 | Timothy J. O'Driscoll, Esquire |
| Peter LeBlanc #645305 | *Admitted pro hac vice* |
| Ciapciak & Associates | DRINKER BIDDLE & REATH LLP |
| 99 Access Road | One Logan Square |
| Norwood MA 02062 | 18th and Cherry Street |
| 781-255-7401 | Philadelphia, PA 19103 |

Assented to,
For the Plaintiff,


_____/s/ Brian Keane_____
David B. Kaplan #258540
Brian Keane #656717
The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA  02210
(617) 261-0080

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on December 10, 2007.

_____/s/ James J. Ciapciak_
James J. Ciapciak