UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS DIMON,<br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY, and<br>MICHAEL B. LATTI, LATTI<br>ASSOCIATES, LATTI & ANDERSON<br>LLP,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11073 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 26(a)(3) DISCLOSURES OF PLAINTIFF DENNIS DIMON**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff Dennis Dimon submits the following pretrial disclosures:

A. The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises:

    1. WITNESSES EXPECTED TO BE PRESENT:

        (A) Dennis Dimon
                151 Holly Ridge Rd.
                W. Kingston, RI 02892

        (B) Katherine Dimon
                151 Holly Ridge Rd.
                W. Kingston, RI 02892

        (C) Mrs. Dimon
                Curtis Corner Rd.
                Peacedale, RI

        (D) Michael B. Latti, Esquire
                26 Surfpoint Rd.
                York, ME 03909

  (E)  Barbara Fasman
      200 Park Avenue
      New York, NY 10166-0188

  (F)  William M. Mensie
      1 Kemper Drive K-8
      Long Grove IL 60049-0001

  (G)  John L. Noe
      73 Old Stonehouse Rd.
      Bedminster, NJ 07921

  (H)  Roger E. Hughes, Jr., Esquire
      Hughes & Associates
      46 Accord Park Drive
      Norwell, MA 02061

  (I)  Leonard Decof, Esquire
      One Smith Hill
      Providence, RI 02903

  (J)  W. Slater Allen, Jr., Esquire
      Address and Telephone Number Unknown at the Present Time.

  (K)  Keeper of Record Kemper Insurance Company.

  (L)  Keeper of Record MetLife Insurance Company.

2.  WITNESSES WHO MAY BE CALLED IF THE NEED ARISES:

  (A)  Richard G. Christopher
      P.O. Box 591
      East Wareham, MA 02538

  (B)  Fredrick Benson
      5 Terrace Ave.,
      Warren, RI 02885

  (C)  Carolyn M. Latti, Esquire
      Latti & Anderson, LLP
      30-31 Union Wharf
      Boston, MA 02109

Plaintiff reserves the right to call any witness listed by any other party in its Pretrial Disclosure or add additional witnesses as revealed through further discovery.

B.      The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony:

        None at the present time.

C.      An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises:

    1.    EXHIBITS EXPECTED TO BE OFFERED

        (A)    A copy of a general release, dated April 19, 1983, signed by Dennis Jay Dimon;

        (B)    A copy of check number 250-0-008-585, issued by the Kemper Group, in the amount of $175,000.00;

        (C)    A copy of the transcript of proceedings held on May 3, 1983 before the Honorable Judge Raymond J. Pettine, in the United States District Court for the District of Rhode Island, in a matter captioned Dennis J. Dimon v. Jenny C., Inc.;

        (D)    A copy of a settlement sheet prepared on or about April 19, 1983, by Latti & Associates;

        (E)    A copy of a proposal for a life annuity, dated April 8, 1983, prepared by Charter Security Life Insurance Company;

        (F)    Two copies of an annuity application signed by John L. Noe on or about May 4, 1983;

        (G)    A copy of a Single Premium Deferred Annuity, issued on or about June 17, 1983, by Charter Security Life;

        (H)    A copy of correspondence, dated July 14, 1983, from Barbara Boehm to Mr. Kurt Snyder;

        (I)    A copy of correspondence, dated August 12, 1983, from John L. Noe to Mr. Robert A. Foley;

        (J)    A copy of correspondence, dated September 26, 1983, from Robert Ligouri to Mr. John L. Noe;

(K) A copy of correspondence, dated October 10, 1983, from John L. Noe to Mr. Robert Liguori;

(L) A copy of correspondence, dated October 12, 1983, from John L. Noe to Ms. Barbara Boehm;

(M) A copy of correspondence, dated October 14, 1983, from Barbara Boehm to Mr. John L. Noe;

Plaintiff may use additional documents as need arises or for rebuttal.

Respectfully submitted,
Dennis Dimon,
By his attorney,

\_/s/ David B. Kaplan_____
David B. Kaplan, B.B.O. No. 258540
Brian Keane, B.B.O No. 656717
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

> I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on January 2, 2008.
>
> \_/s/ David B. Kaplan_____

Date: January 2, 2008