January 24, 2008

VIA ECF System


Mrs. Maryellen Molloy
United States District Court
District of Massachusetts
1 Court House Way
Boston, MA 02210
Attn: The Court Clerk

        Re:    Dimon v. MetLife et. al.
                  U.S.D.C. – Mass. C. A No: 05 11073 NG

Dear Mrs. Molloy:

    In light of yesterday's discussions regarding the Motion to Reschedule Pretrial Conference, MetLife proposes that the following issues be addressed at the hearing on January 28, 2008:

    1) MetLife's Motion for Reconsideration and Clarification;
    2) the pending Motions for Summary Judgment; and
    3) MetLife's Motion to Bifurcate Trial.

    Resolution of the above issues may be of great assistance to the Court and the parties in narrowing or eliminating the trial in this matter.

                              Very truly yours,


                              /s/ James J. Ciapciak
                              James J. Ciapciak


cc:  All Counsel of Record (via ECF System)