UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON,  )<br>            )<br>    Plaintiff,  )<br>            )<br>VS.         )<br>            )<br>METROPOLITAN LIFE  )<br>INSURANCE COMPANY, KEMPER  )<br>INSURANCE COMPANY,  )<br>MICHAEL B. LATTI, LATTI  )<br>ASSOCIATES, and LATTI &  )<br>ANDERSON LLP,  )<br>            )<br>    Defendants.  ) | C. A. No: 05-11073 NG |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR METROPOLITAN LIFE INSURANCE COMPANY AND DENNIS DIMON TO OPPOSE KEMPER INSURANCE COMPANY'S MOTION TO FOR RECONSIDERATION**

Defendant Metropolitan Life Insurance Company ("MetLife") and Plaintiff Dennis Dimon respectfully request that the Court allow them an extension until Thursday, March 6, 2008, to respond to Kemper Insurance Company's Motion for Reconsideration of the Court's January 31, 2008 Memorandum and Order.

Counsel for MetLife has conferred with counsel for Kemper regarding this extension. Kemper will not oppose this Motion.

Dated: February 25, 2008

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| For the defendant, | For the Plaintiff, |
| Metropolitan Life Insurance Co. | |
| | |
| /s/ Peter LeBlanc | /s/ Brian Keane |
| James J. Ciapciak #552328 | David B. Kaplan #258540 |
| Peter LeBlanc #645305 | Brian Keane #656717 |
| Ciapciak & Associates | The Kaplan/Bond Group |
| 99 Access Road | 88 Black Falcon Avenue |
| Norwood MA 02062 | Suite 301 |
| (781) 255-7401 | Boston, MA  02210 |
| | (617) 261-0080 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on February 25, 2008.

/s/ Peter LeBlanc
Peter LeBlanc