UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS DIMON, )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>METROPOLITAN LIFE )<br>INSURANCE COMPANY and KEMPER )<br>INSURANCE COMPANY )<br>  Defendants. )<br>  ) | CIVIL ACTION NO. 05-11073 NG |

PLAINTIFF, DENNIS DIMON'S, MOTION FOR LEAVE TO FILE A SUR-REPLY

Dennis Dimon hereby moves for leave to file a Sur-Reply to Kemper's Reply to plaintiff's and Metlife's Opposition to Kemper's Motion for Reconsideration.

Additional briefing by Mr. Dimon is required to rebut issues raised in Kemper's proposed Reply Brief.

WHEREFORE, Dennis Dimon respectfully requests that this Honorable Court allow him to file a Sur-Reply to Kemper's Reply to the Oppositions to its Motion for Reconsideration the Court's January 31, 2008 Memorandum and Order.

Respectfully submitted,

 /s/Brian Keane
DAVID B. KAPLAN, B.B.O. No. 258540
BRIAN KEANE, B.B.O. No. 656717
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

> I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on March 10, 2008.
>
>  /s/Brian Keane

Dated: March 10, 2008

## **LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

      I hereby certify that on March 7, 2008 and March 10, 2008, I conferred with opposing counsel in an attempt to narrow the issues presented in this Motion.

/s/ Brian Keane_____
Brian Keane