# United States District Court
# District of Massachusetts

DENNIS DIMON,
    Plaintiffs,

    v.                    CIVIL ACTION NO. 05-11073-NG

METROPOLITAN LIFE
INSURANCE COMPANY, ET Al,
    Defendants.

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Order of Reference for Alternative Dispute Resolution dated May 5, 2008, the parties are hereby notified that the court has scheduled a Mediation Conference for **Wednesday, May 14, 2008 at 11:00 A.M.** in Courtroom #23 (7th Floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party shall submit to Magistrate Judge Collings **no later than the close of business on Monday, May 12, 2008,** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

*In the event that you believe the case is not ripe for mediation at this time, you must notify opposing counsel and the court as soon as possible.*[1]

---

[1] Examples of reasons why a case might not be ripe for mediation are (1) crucial discovery has not yet been done or (2) one or more of the parties is unwilling to settle the case on any terms or (3) one or more

IT IS SO ORDERED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 8, 2008.

---

of the parties is unwilling to settle the case on any terms other than those which the other party or other parties will find impossible to accept.