**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DENNIS DIMON, )<br><br>Plaintiff, )<br><br>VS. )<br><br>METROPOLITAN LIFE )<br>INSURANCE COMPANY, KEMPER )<br>INSURANCE COMPANY, )<br>MORGAN STANLEY DW, INC., )<br>MICHAEL B. LATTI, LATTI )<br>ASSOCIATES, and LATTI & )<br>ANDERSON LLP, )<br><br>Defendants. ) | C. A. No: 05-11073 NG |

**METROPOLITAN LIFE INSURANCE COMPANY'S**
**MOTION IN LIMINE**
**TO DEEM ADMITTED THAT KEMPER INSURANCE COMPANY**
**STANDS IN THE SHOES OF JENNY C., INC.**

**ORAL HEARING REQUESTED**

Defendant, Metropolitan Life Insurance Company (hereinafter "MetLife"), moves for an

Order deeming admitted the fact that Kemper Insurance Company ("Kemper"), as a successor in

interest to American Motorists Insurance Company, for purposes of this litigation, is subject to

and possessor of the same duties and rights as Jenny C., Inc. by its own admission in open Court.

On or about January 28, 2008 Attorney Timothy O'Driscoll, counsel for Kemper, made

an open court admission that Kemper "stood in the shoes" of Jenny C., Inc.  *See* Affidavit of

Attorney Peter LeBlanc attached as Exhibit "A".  The reasoning behind this admission is that

American Motorists Insurance Company (now part of "The Kemper Group") was the excess

liability insurance carrier for Jenny C., Inc., defendant in *Dennis J. Dimon v. Jenny C., Inc.*, C.A.

No. 81-0063 (USDC RI) and in part liable for the damages that Mr. Dimon suffered from Jenny C., Inc.

MetLife seeks an order from this Court deeming as admitted Kemper's admission and the fact that Plaintiff's claims against Kemper are those that he would have had against Jenny C., Inc.

*WHEREFORE*, Metropolitan Life Insurance Company prays that at the Trial of this matter this Court issue an Order deeming admitted the fact that Kemper Insurance Company ("Kemper"), as a successor in interest to American Motorists Insurance Company, for purposes of this litigation, is subject to and possessor of the same duties and rights as Jenny C. Inc.

## REQUEST FOR ORAL ARGUMENT

MetLife respectfully requests pursuant to Local Rule 7.1(D) that the Court schedule this matter for oral argument.  Oral argument will assist the Court in making its decision on MetLife's Motion.

Respectfully submitted by:                     Defendant,

                                               METROPOLITAN LIFE INSURANCE
                                               COMPANY,

                                               By its Attorneys,


                                                 /s/ James J. Ciapciak
                                               James J. Ciapciak, BBO # 552328
                                               Peter M. LeBlanc, BBO # 645302
                                               CIAPCIAK & ASSOCIATES, P.C.
                                               99 Access Road
                                               Norwood, MA  02062
                                               Tel:  (781) 255-7401
                                               Fax:  (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on May 12, 2008.

/s/ James J. Ciapciak
James J. Ciapciak

A

Case 1:05-cv-11073-NG    Document 141-2    Filed 05/12/2008    Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON,<br><br>       Plaintiff,<br><br>VS.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, KEMPER<br>INSURANCE COMPANY,<br>MORGAN STANLEY DW, INC.,<br>MICHAEL B. LATTI, LATTI<br>ASSOCIATES, and LATTI &<br>ANDERSON LLP,<br><br>       Defendants. | C. A. No: 05-11073 NG |

## AFFIDAVIT OF PETER M. LEBLANC

I, Peter M. LeBlanc, upon oath, hereby depose and say:

1.  I am employed by Ciapciak & Associates, P.C. in an associate attorney position.

2.  This Affidavit is filed in support of Metropolitan Life Insurance Company's Motion In Limine To Deem Admitted That Kemper Insurance Company Stands In The Shoes Of Jenny "C.", Inc.

3.  I attended the Court Conference on January 28, 2008. This conference was also attended by James J. Ciapciak, Esq.; Timothy O'Driscoll, Esq.; and Brian Keane, Esq.

4.  During this Conference, Kemper Insurance Company's attorney of record, Mr. O'Driscoll stated that his client stood in the place of the Jenny "C.", Inc.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY, THIS _12_ DAY OF MAY, 2008

_____
Peter M. LeBlanc