**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DENNIS DIMON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | C. A. No:  05-11073 NG |
| **METROPOLITAN LIFE** ) | |
| **INSURANCE COMPANY, KEMPER** ) | |
| **INSURANCE COMPANY,** ) | |
| **MORGAN STANLEY DW, INC.,** ) | |
| **MICHAEL B. LATTI, LATTI** ) | |
| **ASSOCIATES, and LATTI &** ) | |
| **ANDERSON LLP,** ) | |
| ) | |
| Defendants. ) | |

**METROPOLITAN LIFE INSURANCE COMPANY'S**
**MOTION IN LIMINE**
**TO PRECLUDE EXPERT TESTIMONY REGARDING DAMAGES**

**ORAL HEARING REQUESTED**

Defendant, Metropolitan Life Insurance Company (hereinafter "MetLife"), moves for an Order to limit the amount of Plaintiff's alleged damages to $166,898.28 – the amount of payments that Plaintiff would have received to date had American Motorists Insurance Company purchased a lifetime annuity.

During discovery, Plaintiff failed to identify or produce any documents, evidence, or testimony regarding Plaintiff's life expectancy. Therefore, Plaintiff may not be allowed to submit at trial, *for the first time*, inadmissible expert testimony regarding his life expectancy. Damages in the future are entirely speculative.

The amount of payments that Plaintiff would have received if American Motorists Insurance Company had purchased a lifetime annuity, to date, would be $166,898.28 in excess of the $467,689.62 that Plaintiff already received from MetLife. *See* Attached Spreadsheet, referred as Exhibit "A".

**WHEREFORE**, Metropolitan Life Insurance Company prays that this Court issue an Order to limit the amount of Plaintiff's alleged damages to $166,898.28.

### REQUEST FOR ORAL ARGUMENT

MetLife respectfully requests that, pursuant to Local Rule 7.1(D), the Court schedule this matter for oral argument. Oral argument will assist the Court in making its decision on MetLife's Motion.

Respectfully submitted by:    Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By its Attorneys,

/s/ James J. Ciapciak_____
James J. Ciapciak, BBO # 552328
Peter M. LeBlanc, BBO # 645302
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA  02062
Tel:  (781) 255-7401
Fax:  (781) 255-7402

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on May 12, 2008.

/s/ Peter M. LeBlanc_____
Peter M. LeBlanc

A

| Year* | Year | Monthly Payment | Alleged Damages |
|---|---|---|---|
| June 5, 2003 -May 5, 2004 | 21 | $2,619.67 | $31,436.05 |
| June 5, 2004 -May 5, 2005 | 22 | $2,698.26 | $32,379.13 |
| June 5, 2005 -May 5, 2006 | 23 | $2,779.21 | $33,350.51 |
| June 5, 2006 -May 5, 2007 | 24 | $2,862.59 | $34,351.02 |
| June 5, 2007 -May 5, 2008 | 25 | $2,948.46 | $35,381.55 |
| | | **Total Alleged Damages** | $166,898.28 |

*Dividing Month is June, each year.