**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DENNIS DIMON,**             )<br>                                           )<br>         **Plaintiff,**            )<br>                                           )<br>VS.                                    )<br>                                           )     C. A. No: 05-11073 NG<br>**METROPOLITAN LIFE**      )<br>**INSURANCE COMPANY, KEMPER** )<br>**INSURANCE COMPANY,**      )<br>**MORGAN STANLEY DW, INC.,** )<br>**MICHAEL B. LATTI, LATTI**   )<br>**ASSOCIATES, and LATTI &**   )<br>**ANDERSON LLP,**                )<br>                                           )<br>         **Defendants.**          )<br>                                           ) | |

**METROPOLITAN LIFE INSURANCE COMPANY'S
MOTION IN LIMINE
TO PRECLUDE EVIDENCE OF DIMON'S 1981 INCIDENT**

**ORAL HEARING REQUESTED**

Defendant, Metropolitan Life Insurance Company (hereinafter "MetLife"), moves for an Order to preclude or limit Dennis Dimon and his counsel from submitting documents, evidence, or testimony at trial regarding his 1981 incident, which was the subject of the 1983 lawsuit.

MetLife respectfully states that any reference to the 1981 incident has no relevance to the cause of action at hand. Any statements and/or reference to what happened in 1981 would only be intended to create even more sympathy for Mr. Dimon and would be highly prejudicial to the Defendants.

**WHEREFORE**, Metropolitan Life Insurance Company prays that this Court issue an Order to preclude or limit Dennis Dimon and his counsel from submitting documents, evidence, or testimony at trial regarding Mr. Dimon's 1981 incident.

## REQUEST FOR ORAL ARGUMENT

MetLife respectfully requests that, pursuant to Local Rule 7.1(D), the Court schedule this matter for oral argument. Oral argument will assist the Court in making its decision on MetLife's Motion.

Respectfully submitted by

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By its Attorneys,

 /s/ James J. Ciapciak
James J. Ciapciak, BBO # 552328
Peter M. LeBlanc, BBO # 645302
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA  02062
Tel:  (781) 255-7401
Fax:  (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on May 12, 2008.

/s/ Peter M. LeBlanc
Peter M. LeBlanc