UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DENNIS DIMON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | C. A. No:  05-11073 NG |
| **METROPOLITAN LIFE** ) | |
| **INSURANCE COMPANY, KEMPER** ) | |
| **INSURANCE COMPANY,** ) | |
| **MORGAN STANLEY DW, INC.,** ) | |
| **MICHAEL B. LATTI, LATTI** ) | |
| **ASSOCIATES, and LATTI &** ) | |
| **ANDERSON LLP,** ) | |
| ) | |
| Defendants. ) | |

**METROPOLITAN LIFE INSURANCE COMPANY'S
MOTION IN LIMINE
TO PRECLUDE TESTIMONY FROM KEMPER INSURANCE COMPANY
ON WHICH IT ASSERTED LACK OF KNOWLEDGE OR MEMORY**

**ORAL HEARING REQUESTED**

Defendant, Metropolitan Life Insurance Company (hereinafter "MetLife"), moves to preclude Kemper Insurance Company ("Kemper") from testifying on matters which its Federal Rules of Civil Procedures, Rule 30(b)(6) witness asserted lack of knowledge or memory.

At his deposition, William R. Mensie ("Mensie"), Kemper's Federal Rules of Civil Procedures, Rule 30(b)(6) witness testified in response to a number of questions that he did not have any personal knowledge or asserted a lack of memory.  *See* attached *Affidavit of Melody M. McClain*.  MetLife will be prejudiced if at Trial, Mensie is allowed to make statements or otherwise testify regarding the matters to which Mensie asserted lack of knowledge or memory.

*WHEREFORE*, Metropolitan Life Insurance Company prays that this Court issue an Order to preclude Kemper Insurance Company ("Kemper") from testifying on matters which its Federal Rules of Civil Procedures, Rule 30(b)(6) witness asserted lack of knowledge or memory.

**REQUEST FOR ORAL ARGUMENT**

MetLife respectfully requests pursuant to Local Rule 7.1(D) that the Court schedule this matter for oral argument. Oral argument will assist the Court in making its decision on MetLife's Motion.

Respectfully submitted by:

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By its Attorneys,

  /s/ James J. Ciapciak
James J. Ciapciak, BBO # 552328
Peter M. LeBlanc, BBO # 645302
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA  02062
Tel:  (781) 255-7401
Fax:  (781) 255-7402

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was filed via the ECF system and will be served electronically through that system upon Counsel of Record on May 13, 2008.

  /s/ James J. Ciapciak

A

UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS DIMON,<br>    Plaintiff<br><br>vs.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY and KEMPER<br>INSURANCE COMPANY,<br><br>    Defendants | CIVIL ACTION NO. 05-11073 NG |

### AFFIDAVIT OF MELODY M. MCCLAIN

I, Melody M. McClain, do depose and swear as follows:

1. I am above the age of eighteen and am of sound mind.

2. I am employed by Ciapciak & Associates as a paralegal.

3. From my review of the deposition transcript of William R. Mensie, 30(b)(6) witness on behalf of the Defendant, Kemper Insurance Company, conducted on September 7 and 8, 2006, in response to almost all of the questions posed to the witness, the witness responded "I do not know," or had no knowledge of the policies and procedures of Kemper in 1983.

                                                            _____
                                                             Melody M. McClain

Signed and sworn under the penalties of perjury this 3rd day of May, 2008.



_____, Notary Public
My Commission Expires

KAREN E. BESSER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 12, 2012