# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DENNIS DIMON
          Plaintiff

V.

METROPOLITAN LIFE, et al
          Defendant

CIVIL ACTION

NO.  1:05-cv-11073-NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on  May 15, 2008  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

5/16/2008                                       /s/ JENNIFER GAUDET
    Date                                              Deputy Clerk

(Dismissal Settlement.wpd - 12/98)