# United States District Court
# District of Massachusetts

DENNIS DIMON,
    Plaintff,

    v.                                           CIVIL ACTION NO. 05-11073-NG

METROPOLITAN LIFE INSURANCE COMPANY,
KEMPER INSURANCE COMPANY,
    Defendants.

## *REPORT RE: REPORT RE:*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

On May 14, 2008, I held the following ADR proceeding at Boston, Massachusetts:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     \_\_X\_\_ MEDIATION
\_\_\_\_\_ MINI-TRIAL                                   \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiffs' and defendants' counsel participated. The plaintiffs and representatives of the defendants were present.

[X]     The case SETTLED. Your Clerk should issue a 45-day order.

    May 19, 2008                                     *Robert B. Collings*
        DATE                                       ROBERT B. COLLINGS
                                                    United States Magistrate Judge

Copy to:     Judge Gertner
                Rebecca Tyler, Esquire,
                Counsel for all parties.