UNITES STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
DENNIS DIMON,                                       )
Plaintiff,                                          )
                                                    )
vs.                                                 )     CIVIL ACTION NO. 05-11073 NG
                                                    )
METROPOLITAN LIFE                                   )
INSURANCE COMPANY and KEMPER)
INSURANCE COMPANY,                                  )
                                                    )
            Defendants.                             )
_____)

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), the plaintiff and the defendants,

Metropolitan Life Insurance Company and Kemper Insurance Company, hereby stipulate and

respectfully request that this action be dismissed, as between them, in its entirety, with prejudice,

without costs and waiving all rights to appeal.

Respectfully submitted,

__/s/ David B. Kaplan_____

DAVID B. KAPLAN, B.B.O. No. 258540
BRIAN KEANE, B.B.O. No. 656717
Counsel for Plaintiff
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

___/s/ Timothy J. O'Driscoll_____

Timothy J. O'Driscoll (Admitted Pro Hac Vice)
Kevin L. Golden (Admitted Pro Hac Vice)
Counsel for Kemper Insurance Company
Drinker Biddle & Reath LLP
18th & Cherry Streets
Philadelphia, PA  19103
(215)  988-2865

___/s/ Peter M. LeBlanc_____

James J. Ciapciak
Peter M. LeBlanc
Counsel for Metropolitan Life Insurance Company
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA (USA) 02062
781-255-7401

Date: July 1, 2008

I hereby certify that a true copy of the above document was served upon each attorney of record by ECF on July 1, 2008.


_____/s/ David B. Kaplan_____